leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. No opinion. Order filed.

Lawrence BENNETT, respondent, v. Edward IRELAND, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Appeal dismissed, with costs.

Matter of Jacob BERMAN. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal denied. Order filed.

Samuel BERMAN, Applt., v. Bernard L. MILLER, Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Peter BERNFELD, respt., v. John JEPSON, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed, with costs. All concur.

Bessie BERNSTEIN, Respt., v. Ferdinand F. JARRIGEON, impleaded, etc., Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

Giovanni BERTOLI, Applt., v. IMPERIAL PAINT CO., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Frank BICKLEMEYER, applt., v. LACKAWANNA STEEL CO., respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed, with costs. All concur, except Kruse, P. J., and Merrell, J., who dissent upon the grounds stated in dissenting memorandum of Kruse, P. J., on former appeal, reported 170 App. Div. 168, 156 N. Y. Supp. 19.

Julius BISCHOFSKY, respondent, v. Ignatz WOHL, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Joseph BLANK, respondent, v. MARINE BASIN COMPANY, Inc., appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Orders affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Julius BLAUNER et al., Applts., v. Caroline V. CRAMER et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, without costs. No opinion. Order filed.

Amando BODENHEIM v. CITY OF NEW YORK, impld. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Samuel E. BOLLES, Applt., v. William SCHEER, Respt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Samuel E. BOLLES v. William SCHEER. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Anastasia BOROWIAK, as admx., etc., respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

Louis BOSSERT and John Bossert, copartners, etc., respondents, v. Frederick DHUY et al., defendants, and Charles H. Bausher et al., appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

BOROUGH BANK OF BROOKLYN, respondent, v. John S. JENKINS, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the case presents a question for the jury. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Jonah BOROVOY, respt., v. William H. TRING, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order affirmed with costs. All concur.

Richard W. BOX and one, applts., v. SALMON RIVER POWER Co., respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Appeal dismissed without costs upon stipulation filed.

Thomas E. BOYD, respt., v. BUFFALO, LOCKPORT & ROCHESTER RAILWAY COMPANY, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur.

Thomas BOYD, respt., v. BUFFALO, LOCKPORT & ROCHESTER RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Lucy W. BOYLE, respondent, v. Frank J. HAYES and John N. Boylan, as executors, etc., of John B. Salter, deceased, appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Judgment and order reversed, and new trial granted, costs to